

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00125-CR

JOHN ERNEST LANCASTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2430279

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

An unnamed tipster submitted a tip online to the Lake Country Crime Stoppers, Inc., stating that the tipster found a DVD containing child pornography at John Ernest Lancaster's house. The magistrate issued a search warrant based on an affidavit attaching the anonymous tip and a jail record showing that Lancaster was in jail at that time. During the execution of the search warrant, the police found a DVD containing child pornography depicting sexual assault of a child. Using evidence seized while executing the same search warrant, the State charged, and the trial court convicted, Lancaster of three counts of first-degree possession of child pornography depicting sexual assault of a child. The trial court then assessed punishment at life in prison on each count, with the sentences to run concurrently. *See* TEX. PENAL CODE ANN. § 43.26(d)(2)(B)(ii) (Supp.). In a single brief, Lancaster appeals all three convictions, arguing only that the affidavit for the search warrant did not contain probable cause because it relied solely on an anonymous tip that was not sufficiently corroborated.

We addressed this issue in detail in our opinion of this date in Lancaster's appeal in our cause number 06-24-00124-CR. Based on the reasoning in that opinion, issued on the same date herewith, we likewise determine that the affidavit was sufficient to support issuance of the search warrant in this matter.

We affirm the trial court's judgment.


                                        Scott Stevens
                                        Chief Justice

Date Submitted:      December 11, 2024
Date Decided:        February 26, 2025

Do Not Publish